UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FOSS MARITIME COMPANY,<br><br>                Plaintiffs,<br>     v.<br>CHARLES DUNNING SCOVILLE, *et al.*,<br><br>                Defendants. | No. C17-0949RSL<br><br>ORDER GRANTING EXTENSION OF TIME |

This matter comes before the Court on defendants' "Motion for Extension of Time to Answer or Respond." Dkt. # 7. The motion is unopposed and, therefore, GRANTED. Defendants shall file their answer or response to the complaint in this matter on or before August 10, 2017.

Dated this 11th day of July, 2017.

*/s/ Robert S. Lasnik*

Robert S. Lasnik
United States District Judge

ORDER GRANTING EXTENSION OF TIME